ANTONIO MALLET

Plaintiff(s)

Index # 1:22-CV-01604

- against -

Purchased February 25, 2022

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 13, 2022 at 12:20 PM at

1220 WASHINGTON AVENUE, BUILDING Z
ALBANY, NY 12226

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT, CERTIFICATE OF MERIT on NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION therein named.

BY LEAVING A TRUE COPY WITH MARAT SHKOLNIK, ESQ., ASSISTANT COUNSEL, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 40 | 5'9 | 175 |

Sworn to me on: April 18, 2022

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Commission Expires February 10, 2026

STEVEN C. AVERY

Invoice #: 782793

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045