UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ANTONIO MALLET,

                Plaintiff,

      - against -

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 22 Civ. 01604 (CM)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, Defendants, by their attorney, Letitia James, Attorney General, State of New York, will move this Court before the Hon. Collen McMahon, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date set by the Court, for an Order, pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint (Dkt. No. 36) in its entirety, and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be served on the undersigned attorney for Defendants on or before August 8, 2022.

Dated: New York, New York
      July 15, 2022

                                      Respectfully submitted,

                                      LETITA JAMES
                                      Attorney General
                                      Attorney for Defendants
                                      Stellato

                                      By:
                                         /s/Bruce J. Turkle
                                      Bruce J. Turkle
                                      Assistant Attorney General
                                      28 Liberty Street
                                      New York, New York 10005
                                      (212) 416-8524
                                      Bruce.turkle@ag.ny.gov