**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANTONIO MALLET,

                    Plaintiff,

  -against-                                  22 **CIVIL** 1604 (CM)

                                                    **JUDGMENT**

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, et al.,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated October 24, 2022, the motion to dismiss Plaintiff's claims is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      October 25, 2022

                                                               **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                      **BY:**     *K. Mango*

                                                                 **Deputy Clerk**