UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Antonio Mallet,

              Plaintiff(s),                        22 Civ. 1604 (CM) (OTW)

      -against-                                 CALENDAR NOTICE

New York State Department of Corrections and
Community Supervision, et al.,

             Defendant(s),
-------------------------------------------------------X

      Please take notice that the above captioned matter has been **scheduled** for a:

| | |
|---|---|
| ___Pre-trial conference | ___Status conference  __ Oral argument |
| ___Settlement conference | ___Plea Hearing           (Bankruptcy Appeal) |
| ___Rule (16) conference | ___Final pre-trial conference  __ Fairness Hearing |
| _X_Telephone conference | ___Jury Selection and Trial   __ OTSC Hearing |
| ___Non-Jury Trial | ___Inquest |

**on Thursday, February 6, 2025 at 11:45 A.M. before the Honorable Colleen McMahon, United States District Judge.** Parties should dial in at 1(888)363-4749, access code (9054506) to join the conference

      Any scheduling difficulties must be brought to the attention of the Court in writing and filed on ECF.

Dated: February 4, 2025
       New York, New York

So Ordered:

_/s/ Colleen McMahon_
Colleen McMahon, U.S.D.J